briefs shall be served and filed on or before close of business Wednesday, April 13, 1988.

No. 86–495. K MART CORP. *v.* CARTIER, INC., ET AL.;
No. 86–624. 47TH STREET PHOTO, INC. *v.* COALITION TO PRESERVE THE INTEGRITY OF AMERICAN TRADEMARKS ET AL.; and
No. 86–625. UNITED STATES ET AL. *v.* COALITION TO PRESERVE THE INTEGRITY OF AMERICAN TRADEMARKS ET AL. C. A. D. C. Cir. [Certiorari granted, 479 U. S. 1005.] Cases restored to calendar for reargument on the merits.

No. 86–2037. LANDERS *v.* NATIONAL RAILROAD PASSENGER CORPORATION ET AL. C. A. 1st Cir. [Certiorari granted, 484 U. S. 962.] Motion of respondents to reconsider order denying motion for divided argument [484 U. S. 1055] denied.

No. 87–578. BANK OF NOVA SCOTIA *v.* UNITED STATES; and
No. 87–602. KILPATRICK ET AL. *v.* UNITED STATES. C. A. 10th Cir. [Certiorari granted, 484 U. S. 1003.] Motion of petitioners for leave to file portion of joint appendix under seal granted.

No. 87–5468. JOHNSON *v.* MISSISSIPPI. Sup. Ct. Miss. [Certiorari granted, 484 U. S. 1003.] Motion of Committee on Civil Rights of the Association of the Bar of the City of New York for leave to file a brief as *amicus curiae* granted.

No. 87–6248. WILSON-THOMAS *v.* SMALL BUSINESS ADMINISTRATION. C. A. 3d Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied. Petitioner is allowed until March 28, 1988, within which to pay the docketing fee required by Rule 45(a) and to submit a petition for writ of certiorari in compliance with Rule 33 of the Rules of this Court.

JUSTICE BRENNAN, JUSTICE MARSHALL, and JUSTICE STEVENS, dissenting.

For the reasons expressed in *Brown* v. *Herald Co.*, 464 U. S. 928 (1983), we would deny the petition for writ of certiorari without reaching the merits of the motion to proceed *in forma pauperis*.

No. 87–5888. IN RE ROY. Petition for writ of habeas corpus denied.